FILED
2022 Jun-02  AM 10:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court FILED

## for the

2022 JUN -2  A 10: 19

## NORTHERN DISTRICT OF ALABAMA

U.S. DISTRICT COURT
N.D. OF ALABAMA

Allen Caudle
_____
*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

Department of Defense
Department of Justice

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}

Case No.: 5:22-CV-699-HNJ
(to be filled in by the Clerk's Office)

JURY TRIAL ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

**A.   The Plaintiff**

Name            Allen Caudle

Street Address  341 Boll weevil Lane

City and County Toney, Madison

State and Zip Code  AL 35773

Telephone Number  _____

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

**Page 1 of 7**

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
    Name               Department of Justice

    Job or Title

    Street Address

    City and County

    State and Zip Code


Defendant No. 2
    Name               Department of Defense

    Job or Title

    Street Address

    City and County

    State and Zip Code


Defendant No. 3
    Name

    Job or Title

    Street Address

    City and County

    State and Zip Code


Defendant No. 4
    Name

    Job or Title

    Street Address

    City and County

    State and Zip Code

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 5
    Name                   _____

    Job or Title            _____

    Street Address       _____

    City and County     _____

    State and Zip Code  _____

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Constitutional or Federal Question   ☐ USA Defendant   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency _____

Address _____

### B.   If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Freedom of Thoughts Right Act and Civil Rights Act
_____

_____

Page 3 of 7

### C.   If the Basis for Jurisdiction is Diversity of Citizenship

1.   **The Plaintiff**

The plaintiff, *(name)*_____, is a citizen of the State of *(name)*_____.

2.   **The Defendant(s)**

a.   If the defendant is an individual

The defendant, *(name)*_____, is a citizen of the State of *(name)*_____. Or is a citizen of *(foreign nation)*_____.

b.   If the defendant is a corporation

The defendant, *(name)*_____, is incorporated under the laws of the State of *(name)*_____, and has its principal place of business in the State of *(name)*_____.

Or   is   incorporated   under   the   laws   of   *(foreign   nation)* _____, and has its principal place of business in *(name)*_____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

_____

_____

_____

### III.   Statement of Claim

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached

Pro Se General Complaint for a Civil Case (Rev. 10/16)

## V.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name __Allen__    Last Name __Caudle__

Mailing Address __841 Bollweevil Lane__

City and State __Toney, AL__    Zip Code __35773__

Telephone Number _____

E-mail Address _____

Signature of plaintiff __Allen Cau__

Date signed __5-29-2022__

**OPTIONAL**

You may request to receive electronic notifications. You **may not** file documents or communicate with the court electronically. All documents must be submitted in **paper** and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

1. Days leading to 6-10-2016 Fulton County Atlanta Police Department with others Including a Frankie of COL and Investorgator Cooper of the APD together Fabricated False charges so that I be arrested and end an experiment that I was involved in with them penants of DOD.

A. The Investigator call me to inform me that he wanted to question me about a murder-(that never happened). I immediately contacted an attorney retained him and had him go meet the investigators to inform that I had invoke my rights to remain silent i vall matters and that I chose not to be interviewed and that I invoked my rights to have my attorney present during the leading proceeding.

B. The Investigator begun to stalk me and later had me picked Up and Detained. The investigators Specifically Investigator Cooper with Atlanta Police Department questioned me and tried to subjected me to self incrimination although I invoked my right to remain silent and to have an attorney.

C. He than Dooked me and arrested me on charges of Racketeering or Rico, and other charges. He with others were seeming acting in all of their staged events, while under arrest an investigator followed me into the Jail and continued to try to question me, he then physically attached me, throwing me out causing me to hit my head, tear a ligimate in my knee and taken to the hospital where I spent days. Although I went to the hospital I did not Receive treatment need in relation. My then attorney medley, miller and Deukes Candle can all attest to this.

* This is meaning of a violating laws that protect against self incrimination. Rights to Remain silent and Rights to have an attorney present. All Civil Rights of Institutionlized PERSUN ACT
* This Resulted in me suffering from Pain, confusion and violation freedom of thoughts right

D. During and in my false arrest in this Incident the Defendants DOO's components, APD, Cooper, Miller-Fulton County with others also arranged that I also be charged and detained on a false/fabricated Case. - That involved my experiment/program with DOO's Component where they arranged that Jeffrey, Andrea and others set me up and frame me. This case was dismissed. But out of retaliation the Defendants had Tanya Miller act as my attorney although I/we paid he to represent my best Interest. She and her partner acted in the best interest of the Defendants Fulton County, DOO and APD, In protecting their best interest with the Fake/False victims in the case. Although this case was/suppose to be Dismissed they forced me to pay them $15000 as a stipulation to the dismissal

Judge Caudle presiding over this case and allowed Tanya Miller and the Defendants, APD, Fulton County and Specifically DOO to accept moves against laws and rules. Please note; While all of these actions occurred the Defendants were calling the Plaintiff names that Discriminated against his race, religion, sex, Disability and sexual orientation via email, cellular and computers.

This all in the meaning of Judicial Misconduct, the 5th Amendment and laws that protect against false statements, Fraud, client attorney Rights and false Imprisonment, Illegal surveillance and slavery because the Defendant had stop playing me a long time, (Note Forced worker)

This Case      resulted in me spending 40 days in Jail and to suffer pain and torture

E. The DOO and its component/and investigator Cooper with APD also enforced and Imposed that I pay an excessive bail of $1,000,000 for Rico. please note that I was not charged with the fake/murder they instead charged me with crimes that I never commit in Rico. Cooper to the stand and posed to contest Tanya Miller's Request to lower my bail. At that time I thought that Tanya Miller was representing my best interest But she instead was representing the opposing best interest. She was not a public Defender. I was forced to pay the excessive bail although I missed the First court appearance because I was in the hospital because of the Defendants attacks.

This is the meaning of violating laws that protect against excessive bail and client-attorney trust. Laws that protect attorneys from exposing their clients privacy and other information.

Tanya Miller was paid $55,000 to Represent the Plaintiff in these cases.

F. The Defendants Forced that Plaintiff attended pretrial monitoring and checkins following and as a stipulation to his release after paying the excessive bail.

The Plaintiff completed pretrial and was provided that the Defendants had not indicted the cases.

The Plaintiff was told that he did not have to checkin any longer. Plaintiff has since tried to contact the Fulton and DOD Defendants to gather information on the case. In addition he repeatedly **tried** to reach **out to** Tanya Miller to get her assistance but neither party responded to the Plaintiffs near 100 attempts over the last 6 years to get information on the case. The Defendants have constantly given the Plaintiff the runaround and false information, Including fake charges such **Stating** that the Plaintiff was charged with computer theft, Auto theft and other bogus statements/charges. They have stated that the charges have been dismissed and referred the Plaintiff to **another** Civil Rights attorney, They also stated that they were going to give him his money back from the bail and allow him a victim witness grant. Judge Schmidt and Judge Whitaker supposedly presided over this case.

✳ Please note that Judge Caddle Dismissed the with DOD and others the co-Defendants charges in this case and gave her special treatment and did not make her pay the bail I was forced to pay Nor Stay confined as Plaintiff Did although both charged with the same false/fake crimes. In Addition the Defendants have the Plaintiff Still Detained and a slave although he posted bail and paid them to remove the monitor from his person the still continue to attack him and abuse him.

✱This all in the meaning of the Defendants AFD DOD violating laws that protect against Public Distrust, self Incrimination, Thoughts violating violating religious beliefs, false imprisonment without due process, Anti slavery laws ...... Attempted murder, Assault

G. Following the Plaintiffs arrest the Plaintiff has been subjected to torture. He has been physically attacked by the Defendants, Threatened on a daily basis.

This with the following are in the meaning of False arrest violating Due process Laws and attempted Murder for nearly having me killed repeatedly.

'The Defendants have stated that he is their prisoner while abusing him yelling at him and subjecting him to slavery. They have even stated that he was a slave and even an animal.

The Defendants have referenced that they are FBI and other agencies. All while stating and making remarks that he needed to file this document to request that he be released/relieved ("Prayer For Relief" as they call it.

3 The Defendant has been attacked harassed 24/7 nearly everyday. For many years as a result he has been hospitalized and denied medical treatment and ongoing.

4 He has also been told through harassing communications that this request with others would not be contest.

5 The Defendants are torturing the Plaintiff with loud sounds and False statements. They are calling the Plaintiff a faggot, sissy and every possible discriminative word possible to get him to make this filing.

6 They have pretended to be Jesus Christ violating the Plaintiffs religious beliefs in this action. They have also violated the Plaintiffs Freedom of Thought Rights to exercise his own decisions.

7 All without going to a trial nor having any Due process the Defendants have subjected the Plaintiff to constant torture, stalking and constant violations of his CIVIL and Human Rights.

8 The Defendants have repeatedly acted as the Plaintiffs attorney, legal advisor in all matters related to this action and have also intentionally made that this action be uncontested to restore his rights in this matter.

9 J.U. Musso of US District court Huntsville, AL have stated that Judges, Attorneys and others involving Allen Caudle in all relating to him are in violation of Judicial Rules and law.

10. Ross and others have presented and are presenting me from getting medical care and improvements.

11. Adam Brodowski, Jerome and others with the Defendants have posed as the Plaintiffs attorneys in this action and others that relate.

12. They Defendants have even stolen the Plaintiffs Identity and made police reports and presented Plaintiff from making reports and Using his credit because of this action and the leaching. The Defendants has caused or contributed to me being stalked, isolated and constantly attacked.

13. The Defendants are also Discriminating against my religion and preventing me from exercising my religious beliefs through its harass communications and surveillance. They are also calling me Faggot, girl and names that insult my sex and sexuality. They are violating all of my naturalized rights as a citizen of the United States of America.

14. The Are pointing me out and treating me unfairly in all regards. In addition to making me feel like I'm always the center of attention. This is the meaning of violating laws that protect Civil Equality and Civil Rights. In addition they are violating my privacy 24/7 by surveilling me and my family.

Please Note: That I'm being threatened and hospitalized repeatedly by the Defendants actions.

## Request For Relief

A. Enforce that Defendants are in violation of Constitutional and Civil Rights Laws

B. Formally Dismiss all criminal cases involving me Including and specifically cases 19SC167593 and 06SC45508

C. Demand the Defendants stop violating my Constitutional, Civil and Human Rights and Restrain them from subjecting me to self Incrimination settings and environments and stop poisoning me.

D. Enforce that the Abusive acts and stalking stop. Including the violations of My Equal opportunity, Fair Housing, Civil Rights and Constitutional Rights.

E. Enforce a protective order that prevent the Defendants from illegally surveilling me and my family.

F. Grant Emergency Relief and enforce that my record be cleared of any all criminal acts where legal

G. Enforce that the Defendants stop playing with my life and end their non-consensual experimentation and acts of slavery

Allen Caudle 5-29-2022